# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. MICHAEL MAHONEY |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50452 | **DATE** | 2/4/2005 |
| **CASE TITLE** | RAICKETT vs. UNKNOWN HEALTHCARE | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Plaintiff's motion for Thomas James to withdraw as counsel is granted. Plaintiff does not appear as ordered on January 5, 2005. It is the Report and Recommendation of the Magistrate Judge that this case be dismissed for want of prosecution. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Reinhard, pursuant to FRCP 72. Objections need not be presented as stated in LR.53. Mailed notice.

**STATEMENT**